## WATTERS v. DISTRICT COURT OF TWENTY-EIGHTH JUDICIAL DISTRICT.

No. 22021. Opinion Filed March 14, 1933.

Wm. M. Thomas and Marshall W. Hinch, for petitioner.

E. G. Avery, D. H. Cotten, and O. F. Mason, for respondents.

PER CURIAM. The questions in this case having become moot, the case should be dismissed on the authority of Greer County Election Board v. Elliott, 26 Okla. 546, 109 P. 731. See, also, Miller v. Ury, 23 Okla. 546, 102 P. 112; Mills v. Green, 159 U. S. 651, 40 L. Ed. 293.

It is so ordered.